AO 91 (Rev 8/01) Criminal Complaint

United States Courts
Southern District of Texas
FILED

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**

**McALLEN DIVISION**

*May 18, 2019*
David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA
V.
Academio Mendoza-Padilla

## CRIMINAL COMPLAINT

Case Number: M-19-1142-M

IAE YOB: 1975
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 16, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Academio Mendoza-Padilla was encountered by Border Patrol Agents near Hidalgo, Texas on May 16, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 16, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 14, 2018 through Harlingen, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on May 18, 2019.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on: @ 2:59 pm

/s/ Nicolas Cantu, Jr.
Signature of Complainant
Nicolas Cantu Jr.          Border Patrol Agent

May 18, 2019

J Scott Hacker , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer